IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION TOLEDO

| | |
|---|---|
| OLGA MOREHEAD | ) |
| Plaintiff / Counter Defendant, | ) CASE NO. 3:23-cv-01736-DAC |
| vs. | ) |
| METROPOLITAN LIFE INSURANCE CO., | ) Magistrate Judge Darrell A. Clay |
| Defendant / Counter Plaintiff / Third Party Plaintiff, | ) |
| vs. | ) |
| KIMESHA WILLIAMS and COREY WILLIAMS, | ) |
| Third Party Defendants. | ) |

**SO ORDERED.** The Court reserves jurisdiction to interpret/enforce the terms of the parties' settlement agreement.

_____  July 19, 2024
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE

## AMENDED STIPULATION OF DISMISSAL

Come now Defendant/Counter-Plaintiff/Third-Party Plaintiff, Metropolitan Life Insurance Company, by counsel, and Plaintiff/Counter-Defendant, Olga Morehead, by counsel, and Kimesha Williams and Corey Williams, *pro se,* and stipulate that this matter be dismissed with prejudice, with each party to bear its own attorneys' fees and costs. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved by settlement.

WHEREFORE, the parties stipulate that this matter be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: July 19, 2024                Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By:*/s/ Tina M. Bengs*
Tina M. Bengs, IN #19751-64
Andrea Arnold, (0099455)
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Phone: 219-242-8664
Fax: 219-242-8669
Tina.bengs@ogletree.com
*Attorneys for Defendant, Counter-Plaintiff/Third-Party Plaintiff, Metropolitan Life Insurance Company*


MICKEL & HUFFMAN

By: */s/Kimberly Kurek (w/permission)*
Kimberly C. Kurek (0069179)
Kenneth L. Mickel (0016630)
405 Madison Avenue, Suite 2000
Toledo, OH 43604-1351
*Attorneys for Plaintiff/Counter-Defendant, Olga Morehead*

2

_____

Kimesha Williams, *pro se*
1128 Mackow Dr.
Toledo, OH 43607

_____

Corey Williams, *pro se*
PO Box 274
Wauseon, OH 43567

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the 19th day of July, 2024, she electronically filed the foregoing *AMENDED STIPULATION OF DISMISSAL* with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

>Kenneth L. Mickel
>Kimberly C. Kurek
>MICKEL & HUFFMAN
>405 Madison Ave., Suite 2000
>Toledo, OH 43604-1351
>kkurek@mickelandhuffman.com
>kmickel@mickelandhuffman.com

The undersigned attorney also hereby certifies that on this 19th day of July, 2024, she sent the foregoing *AMENDED STIPULATION OF DISMISSAL* via regular mail to the following:

- Kimesha Williams, 1128 Mackow Dr., Toledo, OH 43607; and
- Corey Williams, PO Box 432, Pandora, OH 45877

>/s/Tina M. Bengs
>Tina M. Bengs

3